IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 21 PM 2: 2_

ROBERT R. DI TRUIO
CLERK, U.S. DI  CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           No. 04-20223-B

MICHAEL PRINCE,

    Defendant.

---

## ORDER OF REFERENCE

---

This Court previously referred to the magistrate judge the motion of the United States for inquiry into the financial status of the Defendant, which was filed on March 24, 2005. On April 13, 2005, Magistrate Judge S. Thomas Anderson set a hearing on the government's motion for Thursday, May 5, 2005 and directed that the Defendant complete a financial affidavit (Form CJA 23) with the Court and with the United States Attorney's Office forty-eight hours prior to the hearing. The Defendant has submitted an objection to the magistrate judge's order, along with his response to the motion for inquiry.

In summary, the Defendant seeks to strike the magistrate judge's order related to the providing of financial information because he claims that such information should not be provided to the government. However, Prince does note that Magistrate Judge Vescovo, on July 14, 2004, apparently had a similar form completed by Prince which was filed with the Court and which was apparently available to the government for its inspection. Nonetheless, since the objections filed by the Defendant all refer to the previous referred motion by the government,

the magistrate judge is also to make a determination as to whether Prince's objections should be granted.

Accordingly, for the reasons stated herein, the Defendant's objections and request for relief are also referred to the magistrate judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

**IT IS SO ORDERED** this 21st day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT