# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-20223 B |
| | ) | |
| MICHAEL PRINCE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's Motion for Inquiry Into Financial Status of Defendant filed on March 24, 2005. United States District Judge J. Daniel Breen referred this matter to the Magistrate Judge for determination. After review, the Court concludes that Defendant's Conditions of Release should be amended to require Defendant to actively seek full-time employment and report his efforts to Pre-Trial Services. Pre-Trial Services shall submit a report to the Court in 60 days.

Pursuant to the Order of Reference, any objections to this Order shall be made in writing within ten days after service of this Order and shall set forth with particularity those portions of the Order objected to and the reasons for those objections.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 18, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT