IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21 PM 3: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 2:04cr20223-B |
| MICHAEL PRINCE, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS

This cause having come before this Court on the 21st day of June 2005, upon the motion of defendant to allow for additional time in which to file pretrial motions; and the Court having considered the motion of the defendant, the positions of the parties, and the record hereunder, is of the opinion that the motion is well-taken, and hereby **GRANTS** the motion.

Defendant is hereby granted additional time, that is until August 29, 2005, in which to file pretrial motions in this cause.

6/21/05
DATE

HONORABLE J DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-21-05

(114)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT