IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20223-B |
| MICHAEL PRINCE, | * | |
| Defendant. | * | |

FILED BY _____ D.C.

05 AUG 19 PM 5: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

For good cause shown, defendant's request to waive his appearance at report date set in this case for Monday, August 29, 2005, at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report date and shall remain on his present bond.

It is so **ORDERED**, this the __18th__ day of August, 2005.

J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-22-05

(116)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Honorable J. Breen
US DISTRICT COURT